UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERLY CADET,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>ALLIANCE NURSING STAFFING OF NEW YORK, INC.,<br><br>                              Defendant. | 21 Civ. 3994 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's motion to strike and motion for reconsideration of her dismissed disability discrimination claim. (Dkt. #50). Defendant is **ORDERED** to submit a letter motion in response to Plaintiff's motion to strike by **December 13, 2022**. Defendant need not respond to Plaintiff's motion for reconsideration. Further, Plaintiff should only submit a reply if so directed by the Court.

SO ORDERED.

Dated:   November 29, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge