UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERLY CADET,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>ALLIANCE NURSING STAFFING OF NEW YORK, INC.<br><br>                              Defendant. | 21 Civ. 3994 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In line with the Court's order staying all case management deadlines in this case pending the Second Circuit's resolution of Plaintiff's interlocutory appeal, the post-fact conference scheduled to take place on July 6, 2023, is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated:    June 29, 2023
         New York, New York

                                            _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge